UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: PARLOR BELLEVUE LLC,

    Debtor.

---

EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Parlor Bellevue LLC,

    Plaintiff,

v.

GLY CONSTRUCTION INC.,

    Defendant.

C18-1281 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 6, the Court DIRECTS the parties to file, within six months of the date of this Minute Order, another joint status report concerning the progress of proceedings before the Bankruptcy Court. This matter remains STAYED pending further proceedings before the Bankruptcy Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of April, 2019.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk