# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re: PARLOR BELLEVUE LLC,

    Debtor.

---

EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Parlor Bellevue LLC,

    Plaintiff,

v.

GLY CONSTRUCTION INC.,

    Defendant.

C18-1281 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 8, indicating that the parties resolved this dispute, and having been advised that, on December 3, 2019, the Bankruptcy Court approved the parties' settlement, the Court will dismiss this matter with prejudice and without costs within seven (7) days of the date of this Minute Order unless a party objects to the dismissal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of January, 2020.

                                                          William M. McCool
                                                          Clerk

                                                          s/Karen Dews
                                                          Deputy Clerk

MINUTE ORDER - 1