UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: PARLOR BELLEVUE LLC,

        Debtor.

EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Parlor Bellevue LLC,

        Plaintiff,

    v.

GLY CONSTRUCTION INC.,

        Defendant.

C18-1281 TSZ

ORDER

The parties having indicated that this dispute has been resolved, _see_ Joint Status Report (docket no. 8), the Bankruptcy Court having approved the parties' settlement, and no objection having been received in response to the Minute Order entered January 13, 2020, docket no. 9, announcing the Court's intent to dismiss this matter, now therefore, the stay of this case is LIFTED and this action is hereby DISMISSED with prejudice and without costs. The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to CLOSE this case.

DATED this 30th day of January, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 1